FILED IN CHAMBERS

FEB 1 9 2013

James N. Hatten, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROLAND WALTER SPIKES, | : | |
| Movant | : | CRIMINAL ACTION FILE NO. |
| | : | 1:11-CR-387-ODE-GGB |
| v. | : | |
| | : | CIVIL ACTION FILE NO. |
| UNITED STATES OF AMERICA, | : | 1:12-CV-1711-ODE-GGB |
| Respondent | : | |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Gerrilyn G. Brill filed January 18, 2013 [Doc. 37]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Movant's Motion to Vacate Sentence be denied and that Movant be denied a certificate of appealability. Specifically, the Magistrate Judge found that Movant's claims of an involuntary and unknowing guilty plea, and ineffective assistance of counsel are without merit.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, the Motion to Vacate Sentence [Doc. 29] is DENIED, and a Certificate of Appealability is DENIED.

SO ORDERED, this __19__ day of February, 2013.

[signature]
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE